ORIGINAL

KENJI M. PRICE #10325
United States Attorney
District of Hawaii

MARK A. INCIONG    CA BAR #163443
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 21 2019
at 3 o'clock and 36 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR19 00110 DKW |
| Plaintiff, | INFORMATION |
| vs. | [21 U.S.C. § 843(b)] |
| TIFFINNIE LYNN MORRIS, aka "Tiffany Morris", | |
| Defendant. | |

INFORMATION

The United States Attorney charges that:

On or about March 1, 2017, in the District of Hawaii, TIFFINNIE LYNN MORRIS, aka Tiffany Morris, the defendant, did knowingly and intentionally use

a communication facility, to wit: a telephone, in committing, and in causing and facilitating the commission of, a controlled substance offense.

All in violation of Title 21, United States Code, Section 843(b).

Dated: AUGUST 21, 2019, at Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Morris
Information
CR. No.